```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
3    10th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone:  (415) 436-7017
5
    Attorneys for United States of America
6
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11  UNITED STATES OF AMERICA,      )  Case No. CR-09-0291-CW
                                   )
12        Plaintiff,               )
                                   )
13        v.                       )  STIPULATION TO EXCLUDE TIME
                                   )  UNDER SPEEDY TRIAL ACT
14  ROBERT D. JORGENSON,           )  AND [proposed] ORDER THEREON
                                   )
15        Defendant.               )
                                   )
16  _____
```

17      It is hereby stipulated by and between Plaintiff and Defendant, Robert D. Jorgenson,

18  through their respective counsel, as follows:

19      For the reason that the defendant's counsel requires reasonable time to review extensive

20  discovery to be produced in this tax matter, to prepare this matter for trial; and to prepare

21  witnesses for trial; the parties agree that the period of delay from April 15, 2009 to May 13,

22  2009, shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of

23  justice served by this continuance allowing for continuity of counsel and for adequate trial

24  ///

25  ///

26  ///

27  ///

28  ///

preparation outweigh the best interest of the public and the defendant in a speedy trial.

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

Dated: April 15, 2009                    /s/
                                                THOMAS MOORE
                                                Assistant United States Attorney
                                                Attorneys for the United States of America

                                                BARRY J. PORTMAN
                                                Federal Public Defender

Dated:  April 15, 2009                   /s/
                                                ANGELA HANSEN
                                                Assistant Federal Public Defender
                                                Counsel for Defendant ROBERT D. JORGENSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 17, 2009                                                /s/ Bernard Zimmerman
                                                UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*