1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant JORGENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR-09-00291 CW |
| Plaintiff,   ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING STATUS** |
| v.                                 ) | **HEARING AND SETTING BEFORE** |
| ) | **MAGISTRATE JUDGE** |
| ROBERT DEAN JORGENSON,             ) | |
| ) | Hearing Date: February 24, 2010 |
| Defendant.  ) | Requested Date: March 29, 2010 before the |
| _____  ) | Hon. Laurel Beeler |

The above-captioned matter is set on February 24, 2010 before this Court for a status hearing. The parties jointly request that this Court continue the matter to March 29, 2010 at 10:00 a.m. for status before the Honorable Laurel Beeler, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between the date of this stipulation and March 29, 2010.

Mr. Jorgenson is charged in a six count Indictment with two counts of filing false tax returns and with four counts of the willful failure to collect or pay taxable wages of employees. He faces either a three or five year maximum sentence on each count.

The current status of the case is that the government has produced over 8000 pages of discovery on a CD-Rom. The defense is completing its review of the voluminous discovery and needs time to complete that review and to further meet with Mr. Jorgenson to discuss the

Stip to Continue, 09-00291 CW                   1

1 materials provided. Additionally, the defense requires additional time to complete its
2 investigation and to review complicated financial records to determine the estimate loss amount
3 and to determine whether or not there will be a negotiated disposition of the case. The defense
4 also requires additional time to perform necessary investigation, including witness interviews
5 and record requests and further time to perform legal research. Because this Court will be
6 unavailable in March, the parties ask that the matter be calendared before the Honorable Laurel
7 Beeler. If the parties are able to work out a plea agreement, the defense will inquire as to the
8 possibility of entering a plea before the magistrate judge.
9     The requested continuance will allow the defense to complete its review of the discovery,
10 to investigate the underlying facts of the case, and to obtain and review additional records, if
11 necessary. The failure to grant such a continuance would unreasonably deny counsel for the
12 defendant the reasonable time necessary for effective preparation, taking into account the
13 exercise of due diligence.
14     The parties further stipulate and agree that the time from February 24, 2010 to March 29,
15 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.
16 §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of the defense.
17
18 February 22, 2010                            /s/
                                                    ANGELA M. HANSEN
19                                                     Assistant Federal Public Defender
20
21 February 22, 2010                            /s/
                                                    THOMAS MOORE
22                                                     Assistant United States Attorney
                                                    Chief, Tax Division
23
24     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ ANGELA M. HANSEN
25
26

Stip to Continue, 09-00291 CW                       2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs time to complete its review of the discovery and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED that the STATUS hearing date of February 24, 2010 is continued to March 29, 2010 at 10:00 a.m. before the Honorable Laurel Beeler and that time is excluded from February 24, 2010 to March 29, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

February 23, 2010
Date

LAUREL BEELER
United States Magistrate Judge