1 BARRY J. PORTMAN
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant JORGENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00291 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING STATUS** |
| v. ) | **HEARING AND SETTING BEFORE** |
| ) | **MAGISTRATE JUDGE** |
| ROBERT DEAN JORGENSON, ) | |
| ) | Hearing Date: March 29, 2010 |
| Defendant. ) | Requested Date: April 22, 2010 before the |
| _____ ) | Hon. Donna M. Ryu |

The above-captioned matter is set on March 29, 2010 before the Hon. Laurel Beeler for a status hearing. The parties jointly request that this Court continue the matter to April 22, 2010 at 9:30 a.m. for status before the Honorable Donna M. Ryu, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between March 29, 2010 and April 22, 2010.

Mr. Jorgenson is charged in a six count Indictment with two counts of filing false tax returns and with four counts of the willful failure to collect or pay taxable wages of employees. He faces either a three or five year maximum sentence on each count.

The current status of the case is that the government has produced over 8000 pages of discovery on a CD-Rom. The defense is completing its review of the voluminous discovery and needs time to complete that review and to further meet with Mr. Jorgenson to discuss the

Stip to Continue, 09-00291 CW                 1

1  materials provided.  Additionally, the defense requires additional time to complete its
2  investigation and to review complicated financial records to determine the estimate loss amount
3  and to determine whether or not there will be a negotiated disposition of the case.  The defense
4  also requires additional time to perform necessary investigation, including witness interviews
5  and record requests.  Finally, the defense needs additional time to complete legal research.  If the
6  defense is able to complete these tasks before the requested date, and provided the parties are
7  able to work out a plea agreement, the defense will inquire as to the possibility of entering a plea
8  before the sitting United States Magistrate Judge.

9      The requested continuance will allow the defense to complete its review of the discovery,
10  to investigate the underlying facts of the case, and to obtain and review additional records, if
11  necessary.  The parties stipulate and agree that the failure to grant such a continuance would
12  unreasonably deny counsel for the defendant the reasonable time necessary for effective
13  preparation, taking into account the exercise of due diligence.  The parties further stipulate and
14  agree that the time from March 29, 2010 to April 22, 2010, should be excluded in accordance
15  with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective
16  preparation of the defense.

17

18  March 24, 2010        /s/
    ANGELA M. HANSEN
19      Assistant Federal Public Defender

20

21  March 24, 2010        /s/
    THOMAS MOORE
22      Assistant United States Attorney
    Chief, Tax Division
23

24      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ ANGELA M. HANSEN
25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs time to complete its review of the discovery and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED that the STATUS hearing date of March 29, 2010 is continued to April 22, 2010 at 9:30 a.m. before the Honorable Donna M. Ryu and that time is excluded from March 29, 2010 to April 22, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

March 25, 2010
Date

LAUREL BEELER
United States Magistrate Judge