1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant JORGENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00291 CW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER** |
| v. | ) ) | **CONTINUING STATUS HEARING AND SETTING BEFORE MAGISTRATE** |
| ROBERT DEAN JORGENSON, | ) ) | **JUDGE** |
| Defendant. | ) ) ) ) | Hearing Date: April 22, 2010 Requested Date: June 3, 2010 before the Hon. Donna M. Ryu |

The above-captioned matter is set on April 22, 2010 before the Hon. Donna M. Ryu for a status hearing. The parties jointly request that this Court continue the matter to June 3, 2010 at 10:00 a.m. for status before the Honorable Donna M. Ryu, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between April 22, 2010 and June 3, 2010.

Mr. Jorgenson is charged in a six count Indictment with two counts of filing false tax returns and with four counts of the willful failure to collect or pay taxable wages of employees. He faces either a three or five year maximum sentence on each count.

The current status of the case is that the government has produced over 8000 pages of discovery on a CD-Rom. The defense is completing its review of the voluminous discovery and needs time to complete that review and to further meet with Mr. Jorgenson to analyze and

Stip to Continue, 09-00291 CW                                 1

discuss the materials provided. Additionally, on April 7, 2010, the government produced approximately 800 pages of additional documents and records, and on April 19, 2010, the defense requested additional discovery that the government has agreed to provide. For this reason, the defense requires additional time to complete its review of the discovery and to analyze complicated financial records. The defense also requires additional time to perform necessary investigation, including witness interviews and record requests. Finally, the defense needs additional time to complete legal research. If the defense is able to complete these tasks before the requested date, and provided the parties are able to work out a plea agreement, the defense will inquire as to the possibility of entering a plea before the sitting United States Magistrate Judge.

The requested continuance will allow the defense to complete its review of the discovery, to investigate the underlying facts of the case, and to obtain and review additional records. The parties stipulate and agree that the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from April 22, 2010 to June 3, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of the defense.

April 19, 2010                                     /s/
                                                   ANGELA M. HANSEN
                                                   Assistant Federal Public Defender


April 19, 2010                                     /s/
                                                   THOMAS MOORE
                                                   Assistant United States Attorney
                                                   Chief, Tax Division

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)

Stip to Continue, 09-00291 CW                      2

within this efiled document.                  /S/ ANGELA M. HANSEN

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because defense counsel needs time to complete its review of the discovery and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED that the STATUS hearing date of April 22, 2010 is continued to June 3, 2010 at 10:00 a.m. before the Honorable Donna M. Ryu and that time is excluded from April 22, 2010 to June 3, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

April 21, 2010
Date

DONNA M. RYU
United States Magistrate Judge