BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JORGENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00291 CW |
| Plaintiff, | ) ) ) | **AMENDED STIPULATION AND ORDER CONTINUING STATUS HEARING AND SETTING BEFORE MAGISTRATE JUDGE** |
| v. | ) ) | |
| ROBERT DEAN JORGENSON, | ) ) | Hearing Date: April 22, 2010 |
| Defendant. | ) ) | Requested Date: June 3, 2010 before the Hon. Donna M. Ryu |

The above-captioned matter is set on April 22, 2010 before the Hon. Donna M. Ryu for a status hearing. The parties jointly request that this Court continue the matter to June 3, 2010 at 10:00 a.m. for status before the Honorable Donna M. Ryu, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between April 22, 2010 and June 3, 2010.

Mr. Jorgenson is charged in a six count Indictment with two counts of filing false tax returns and with four counts of the willful failure to collect or pay taxable wages of employees. He faces either a three or five year maximum sentence on each count.

The current status of the case is that the government has produced over 8000 pages of discovery on a CD-Rom. The defense is completing its review of the voluminous discovery and needs time to complete that review and to further meet with Mr. Jorgenson to analyze and

1  discuss the materials provided.  Additionally, on April 7, 2010, the government produced

2  approximately 800 pages of additional documents and records, and on April 19, 2010, the

3  defense requested additional discovery that the government has agreed to provide.  For this

4  reason, the defense requires additional time to complete its review of the discovery and to

5  analyze complicated financial records.  The defense also requires additional time to perform

6  necessary investigation, including witness interviews and record requests.  Finally, the defense

7  needs additional time to complete legal research.  If the defense is able to complete these tasks

8  before the requested date, and provided the parties are able to work out a plea agreement, the

9  defense will inquire as to the possibility of entering a plea before the sitting United States

10 Magistrate Judge.

11       The requested continuance will allow the defense to complete its review of the discovery,

12 to investigate the underlying facts of the case, and to obtain and review additional records.  The

13 parties stipulate and agree that the failure to grant such a continuance would unreasonably deny

14 counsel for the defendant the reasonable time necessary for effective preparation, taking into

15 account the exercise of due diligence.  The parties further stipulate and agree that the time from

16 April 22, 2010 to June 3, 2010, should be excluded in accordance with the provisions of the

17 Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for effective preparation of the

18 defense.

19

20 April 19, 2010                                              _____/s/_____

21                                                             ANGELA M. HANSEN
                                                              Assistant Federal Public Defender

22

23 April 19, 2010                                              _____/s/_____

24                                                             THOMAS MOORE
                                                              Assistant United States Attorney
                                                              Chief, Tax Division

25

26       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)

Stip to Continue, 09-00291 CW                    2

within this efiled document.                              /S/ ANGELA M. HANSEN

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs time to complete its review of the discovery and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED that the STATUS hearing date of April 22, 2010 is continued to June 3, 2010 at ~~10:00~~ 9:30 a.m. before the Honorable Donna M. Ryu and that time is excluded from April 22, 2010 to June 3, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


 April 21, 2010
Date

GRANTED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge