1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant JORGENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         Plaintiff,                  )<br>                                     )<br> v.                                  )<br>                                     )<br> ROBERT DEAN JORGENSON,               )<br>                                     )<br>         Defendant.                  )<br> _____) | No. CR-09-00291 CW<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING AND SETTING BEFORE MAGISTRATE JUDGE**<br><br>Hearing Date: June 30, 2010<br>Requested Date: July 6, 2010 before the sitting United States Magistrate Judge |

The above-captioned matter is set on June 30, 2010 before the Hon. Donna M. Ryu for a status hearing. The parties jointly request that this Court continue the matter to July 6, 2010 at 10:00 a.m. for change of plea before the sitting United States Magistrate Judge, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), between June 30, 2010 and July 6, 2010.

Mr. Jorgenson is charged in a six count Indictment with two counts of filing false tax returns and with four counts of the willful failure to collect or pay taxable wages of employees. He faces either a three or five year maximum sentence on each count.

The current status of the case is that the government has produced over 8000 pages of discovery on a CD-Rom. The defense has completed its review of the voluminous discovery but needs time to meet with Mr. Jorgenson to discuss the materials provided. The defense also

Stip to Continue, 09-00291 CW                1

1  requires additional time to perform necessary investigation.  Finally, the defense needs additional
2  time to complete legal research.  The parties anticipate that the defense will be able to complete
3  these tasks before the requested date, and plan to have a plea agreement in advance of the
4  requested hearing date, July 6, 2010.
5        The requested continuance will allow the defense to complete its discussion of the
6  discovery with Mr. Jorgenson, to investigate the underlying facts of the case, and to obtain and
7  review additional records.  The parties stipulate and agree that the failure to grant such a
8  continuance would unreasonably deny counsel for the defendant the reasonable time necessary
9  for effective preparation, taking into account the exercise of due diligence.  The parties further
10 stipulate and agree that the time from June 30, 2010 to July 6, 2010, should be excluded in
11 accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)
12 for effective preparation of the defense.

13

14 June 28, 2010                                    /s/
                                                 ANGELA M. HANSEN
15                                               Assistant Federal Public Defender

16

17 June 28, 2010                                    /s/
                                                 THOMAS MOORE
18                                               Assistant United States Attorney
                                                 Chief, Tax Division
19

20     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.                    /S/ ANGELA M. HANSEN

Stip to Continue, 09-00291 CW                    2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs time to discuss the discovery with defendant and to conduct an investigation, which is necessary for the defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED that the STATUS hearing date of June 30, 2010 is continued to July 6, 2010 at 10:00 a.m. for a CHANGE OF PLEA hearing before the sitting United States Magistrate Judge, and that time is excluded from June 30, 2010 to July 6, 2010 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

_7/1/10_
Date

DONNA M. RYU
United States Magistrate Judge

Stip to Continue, 09-00291 CW                 3