IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT DEAN JORGENSON,<br><br>    Defendant.                        / | No. CR 09-00291 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect. Accordingly,

Defendant Robert Dean Jorgenson's plea of guilty is accepted by the Court as to Counts One (1) and Three (3) of the Indictment charging Defendant Robert Dean Jorgenson with false tax return and willful failure to collect or pay over taxes in violation of 26 U.S.C §7206(1) and 26 U.S.C. §7202. Sentencing is set for Wednesday, November 3, 2010 at 2:30 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 8/3/2010

_____
CLAUDIA WILKEN
United States District Judge

cc: DMR, Sue